[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 20, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14047
Non-Argument Calendar
_____

D. C. Docket No. 07-20189-CR-AJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRES EDUARDO ARIAS-OCHOA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 20, 2008)**

Before BIRCH, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Mauricio L. Aldazabal, appointed counsel for Andres Eduardo Arias-Ochoa,

in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Arias-Ochoa's conviction and sentence are **AFFIRMED**.